1

2

3

4

5

6

7

8                  **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   FLOYD McKNIGHT,                          No. CIV S-10-1437-CMK-P

12              Plaintiff,

13        vs.                                 ORDER

14   SALINAS, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19   pauperis (Doc. 10).  Plaintiff's complaint will be addressed separately.

20              Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22              Accordingly, IT IS HEREBY ORDERED that:

23              1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 10) is

24   granted;

25              2.      The order to show cause issued on July 23, 2010, is discharged;

26   / / /

                                            1

1          3.     Plaintiff's motion for an extension of time to resolve fees (Doc. 7) is

2  denied as unnecessary;

3          4.     Plaintiff is required to pay the full statutory filing fee of $350.00 for this

4  action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

5          5.     No initial partial filing fee will be assessed pursuant to 28 U.S.C.

6  § 1915(b)(1); and

7          6.     Plaintiff will be obligated for monthly payments of twenty percent of the

8  preceding month's income credited to plaintiff's inmate trust account, such payments to be

9  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

10  account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

11  § 1915(b)(2).

12

13  DATED:  September 3, 2010

14

15                                 **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26